IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00350-WYD-MJW

STEVE F. MACK,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General United States Department of Justice, Bureau of Prisons,

    Defendant.

---

### ORDER VACATING AND RESETTING SCHEDULING CONFERENCE
*(Docket No. 5)*

---

The Court having reviewed the Unopposed Motion by Defendant to Vacate and Reset the Scheduling/Planning Conference, and sufficient cause appearing, it is

ORDERED that the Scheduling/Planning Conference set for May 2, 2006, at 10:00 a.m is VACATED and RESET to May 22, 2006, at 3:00 p.m

    It is so ordered.

Dated: March 22, 2006

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE