IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00350-WYD-MJW

STEVE F. MACK,

Plaintiff(s),

v.

ALBERTO GONZALES, Attorney General U.S. Department of Justice, Bureau of Prisons,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Defendant's Motion to Stay Discovery (docket no. 13) is GRANTED.  Defendant has filed a Motion to Dismiss (docket no. 9) filed on May 9, 2006, wherein Defendant alleges that Plaintiff has failed to exhaust his administrative remedies and that there is no wavier of sovereign immunity.  which is pending before Judge Daniel.  After reviewing the Defendant's Motion to Dismiss (docket no. 9), this court finds that discovery should be stayed until a ruling on sovereign immunity is determined by Judge Daniel.

     It is FURTHER ORDERED that the Rule 16 Scheduling Order dated May 19, 2006 (docket no.12) is VACATED.

     It is FURTHER ORDERED that the Settlement Conference set on August 2, 2006, at 10:00 a.m. and the Final Pretrial Conference set on May 1, 2007, at 8:30 a.m. are both VACATED.

     It is FURTHER ORDERED that the parties shall provide to this court a written status report concerning Defendant's Motion to Dismiss (docket no. 9) on the first day of each month beginning August 1, 2006.

Date:  June 9, 2006