IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00350-WYD-MJW

STEVE F. MACK,

Plaintiff,

v.

ALBERTO GONZALES, Attorney General U.S. Department of Justice, Bureau of Prisons,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion by Plaintiff and Defendants for Entry of Stipulated Protective Order (docket no. 46) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 4 and made an Order of Court.

Date: June 27, 2007