IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00350-WYD-MJW

STEVE F. MACK,

Plaintiff,

v.

ALBERTO GONZALES, Attorney General U.S. Department of Justice, Bureau of Prisons,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Vacate Settlement Conference (docket no. 48) is GRANTED finding good cause shown.  It is further ORDERED that the Amended Motion to Amend (docket no. 52) is GRANTED.  The Settlement Conference set on July 19, 2007, at 1:30 p.m. is VACATED.  The Defendant intends on filing a motion for summary judgment.  The parties may request that the Settlement Conference be reset at the Final Pretrial Conference or after any ruling by Judge Daniel on the anticipated motion for summary judgment.

Date: June 27, 2007