IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00350-WYD-MJW

STEVE F. MACK,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General U.S. Department of Justice, Bureau of Prisons,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion for Leave to File Reply [Doc. #73], filed January 24, 2008, is **GRANTED.** Defendant's Reply to Plaintiff's Response to Motion for Summary Judgment is **ACCEPTED FOR FILING.**

Dated this 24th day of January, 2008.