IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00350-WYD-MJW

STEVE F. MACK,

Plaintiff,

v.

MICHAEL B. MUKASEY, Attorney General U.S. Department of Justice, Bureau of
Prisons,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    The parties have notified the Court that a settlement has been reached.
Therefore,

    It is hereby **ORDERED** that Defendant's Motion to Re-Open Discovery *Forthwith*
for Limited Purpose (docket no. 98) is DENIED AS MOOT.


Date:   December 5, 2008