IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00350-WYD-MJW

STEVE F. MACK,

    Plaintiff,

v.

MICHAEL B. MUKASEY, Attorney General U.S. Department of Justice, Bureau of Prisons,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation for Dismissal with Prejudice is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear his own attorney's fees and costs but for payment by Defendant to Plaintiff's counsel of $25,000 in attorney's fees and costs.

    Dated: December 17, 2008

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge